**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: DESIGNATION OF CHAIR | : | No. 473 |
| | : | |
| AND VICE-CHAIR OF THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| | : | |
| PROCEDURAL RULES COMMITTEE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of April, 2016, The Honorable Charles A. Ehrlich is hereby designated as Chair and Brian W. Perry, Esquire, as Vice-Chair of the Criminal Procedural Rules Committee commencing June 30, 2016.